# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MANETIRONY CLERVRAIN,

        Plaintiff,

vs.                                                                                              No. 1:20-cv-01329-KWR-JFR

DIANNA J. DURAN, et al.,

        Defendants.

## ORDER STRIKING POST-JUDGMENT FILINGS

**THIS MATTER** is before the Court *sua sponte* on multiple improper post-judgment filings by Plaintiff Manetirony Clervrain (Doc. 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24). The Court will **STRIKE** Clervrain's post-Judgment filings.

This Court dismissed Plaintiff Manetirony Clervrain's Complaint on August 19, 2021, for lack of jurisdiction under Fed. R. Civ. P. 12(b)(2), failure to comply with the pleading requirements of Fed. R. Civ. P. 8, and failure to state a claim under Fed. R. Civ. P. 12(b)(6). (Doc. 8). The Court also entered final Judgment on that same date. (Doc. 9). More than 30 days later, Plaintiff Clervrain filed his Motion for Alien Status in this and four other United States District Courts (Maine, Delaware, Hawaii, and Idaho). (Doc. 10 at 26). The Court denied his Motion for Alien Status on February 14, 2022, on the grounds that it did not call into question any of the Court's rulings that the Court lacks jurisdiction, that Plaintiff's Complaint fails to comply with pleading requirements under the Federal Rules, or that Plaintiff's Complaint fails to state any claim for relief. (Doc. 11). The Court also concluded that any further post-judgment filings by Plaintiff would not serve any legitimate purpose. Therefore, the Court prohibited Plaintiff from submitting

1

any further filings in this case other than a notice of appeal or a filing necessary to perfect an appeal. (Doc. 11 at 3-4).

On March 30, 2022, Plaintiff Clervrain filed what appear to be a notice of appeal and an application to proceed *in forma pauperis* on appeal in this and the four other District Courts. (Doc. 12, 14). In addition to the notice of appeal and *in forma pauperis* application, Clervrain also filed eleven post-judgment notices and motions that are not related to or necessary for any appeal, including the following:

    Doc. 13:  Notice of Complaint for Violation of Civil Rights;
    Doc. 15:  Motion to extend appeal extortion or compelling needs by administrative
               records for controversies;
    Doc. 16:  Motion for Unreasonable Classifications Act;
    Doc. 17:  Motion for Congressional power and Apex disposition concerns;
    Doc. 18:  Motion for manifest injustice;
    Doc. 19:  Motion for collateral attacks;
    Doc. 20:  Motion for Right Venue Act;
    Doc. 21:  Motion for serving agencies to reopen questions of law;
    Doc. 22:  Motion for serving agencies to reopen questions of law or fact;
    Doc. 23:  Motion for settlement agreement against secretive criminals;
    Doc. 24:  Motion for opposition of criminal intent.

The eleven post-judgment filings are frivolous and abusive and were incorrectly filed in violation of the Court's February 14, 2022, Order (Doc. 11). Therefore, the Court will strike Doc. 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24. The Court will also direct the Clerk's Office to return, unfiled, any submissions by Plaintiff Clervrain in this case other than a document required by the Tenth Circuit Court of Appeals or the Federal Rules of Appellate Procedure for Plaintiff's pending appeal.

**IT IS ORDERED**:

**(1)** Plaintiff Manetirony Clervrain's post-Judgment filings (Doc. 13, 115, 16, 17, 18, 19, 20, 21, 22, 23, and 24) are **STRICKEN**;

**(2)** the **CLERK** is directed to return, unfiled, any further submissions in this civil case by Manetirony Clervrain other than a document required by the Tenth Circuit Court of Appeals or the Federal Rules of Appellate Procedure for Plaintiff's pending appeal; and

**(3)** this civil case is and remains **CLOSED**.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**